

SO ORDERED,

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | **CHAPTER 13 CASE NO.:** |
| **LARRY BOWEN** | 16-13393-JDW |

### AGREED ORDER DENYING MOTION TO DISMISS (Dkt. #58)

THIS MATTER came before the Court on the Motion to Dismiss (Dkt. #58) (the "Motion") filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee") and the response thereto filed by the Debtor (Dkt. #59). Upon agreement of the parties,

IT IS ORDERED that:

1. The Motion shall be and is hereby denied.

2. The plan payment shall be amended to a sum sufficient to afford completion of the Confirmed Plan (Dkt. #51).

### ##END OF ORDER##

AGREED & APPROVED:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER – MSB#10645
ATTORNEY FOR TRUSTEE

/s/ Robert H. Lomenick, Jr.
ROBERT H. LOMENICK, JR.
ATTORNEY FOR DEBTOR

Prepared by:
W. Jeffrey Collier, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645